1  Mark A. Lauer (State Bar No. 163756)
2  Thomas W. Lathram (State Bar No. 59639)
   T. Lester Wallace (State Bar No. 159967)
3  SILICON EDGE LAW GROUP, LLP
   6601 Koll Center Parkway, Suite 245
4  Pleasanton, California 94566
5  Telephone:   925-621-2110
   Facsimile:   925-621-2119
6
7  Attorneys for Plaintiff/Counterclaim Defendant
   Alacritech, Inc.
8  Joel M. Freed (Admitted in N.D. Cal.)
9  Joseph A. Micallef (Admitted in N.D. Cal.)
   Ali R. Sharifahmadian (Admitted *pro hac vice*)
10 ARNOLD & PORTER LLP
   555 12th Street, N.W.
11 Washington, D.C. 20004-1206
12 Telephone:   202-942-5000
   Facsimile:   202-942-5999
13
14 Attorneys for Defendant/Counterclaimant
   Microsoft Corporation
15
16              UNITED STATES DISTRICT COURT
17              NORTHERN DISTRICT OF CALIFORNIA
18              SAN FRANCISCO DIVISION
19
20 ALACRITECH, INC.,                ) Case No.: C04 03284 JSW
                                    )
21      Plaintiff/Counterclaim Defendant, ) **JOINT STIPULATION AND REQUEST**
                                    ) **FOR EXTENSION OF TIME FOR**
22                                  ) **ALACRITECH TO FILE**
             v.                     ) **UNDERTAKING**; Order
23                                  )
24 MICROSOFT CORPORATION,           )
                                    ) The Honorable Jeffrey S. White
25      Defendant/Counterclaimant.  )
                                    )
26 _____ )
27
28

JOINT STIPULATION AND REQUEST FOR                         Case No. C04 03284 JSW
EXTENSION OF TIME FOR ALACRITECH TO FILE UNDERTAKING

On April 12, 2005, the Court entered its Order Granting Preliminary Injunction in the instant case. The Court's Order required that Alacritech file an undertaking in the amount of $1,000,000 pursuant to Federal Rule of Civil Procedure 65(c) "within ten days of the entry of this Order," and provided that the injunction "is effective on Alacritech's filing of the undertaking."

On April 13, 2005, the Court entered the Preliminary Injunction, which is to be "[e]ffective on Alacritech Inc.'s filing of the undertaking described in the order this Court issued on April 12, 2005 granting Alacritech's motion for preliminary injunction . . . ."

Alacritech and Microsoft are now in discussions to resolve the instant litigation, and believe that it would be beneficial to their efforts if the Court would grant this joint request to extend the time for Alacritech's filing of the required undertaking to May 10, 2005.

NOW THEREFORE, Alacritech, Inc. and Microsoft Corporation hereby jointly stipulate and request that the Court grant an extension of time for Alacritech to file the required undertaking to May 10, 2005.

SO STIPULATED BY THE PARTIES.

April 25, 2005                     /s/ Thomas W. Lathram

                           By: _____

                           Mark A. Lauer (State Bar No. 163756)
                           Thomas W. Lathram (State Bar No. 59639)
                           T. Lester Wallace (State Bar No. 159967)
                           SILICON EDGE LAW GROUP, LLP
                           6601 Koll Center Parkway, Suite 245
                           Pleasanton, California 94566
                           Telephone:    925-621-2110
                           Facsimile:    925-621-2119

                           Attorneys for Plaintiff
                           Alacritech, Inc.

| | | |
|---|---|---|
| 1 | April 25, 2005 | /s/ Joel M. Freed |
| 2 | | By: _____ |
| 3 | | Joel M. Freed (Admitted in N.D. Cal.) |
| 4 | | Joseph A. Micallef (Admitted in N.D. Cal.) |
| 5 | | Ali R. Sharifahmadian (Admitted *pro hac vice*) |
| | | ARNOLD & PORTER LLP |
| 6 | | 555 12th Street, N.W. |
| | | Washington, D.C. 20004-1206 |
| 7 | | Telephone: 202-942-5000 |
| | | Facsimile: 202-942-5999 |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 26, 2005          /s/ Jeffrey S. White
                               Jeffrey S. White
                               United States District Judge

JOINT STIPULATION AND REQUEST FOR         3         Case No. C04 03284 JSW
EXTENSION OF TIME FOR ALACRITECH TO FILE UNDERTAKING