Mark A. Lauer (State Bar No. 163756)
Thomas W. Lathram (State Bar No. 59639)
T. Lester Wallace (State Bar No. 159967)
SILICON EDGE LAW GROUP, LLP
6601 Koll Center Parkway, Suite 245
Pleasanton, California 94566
Telephone: 925-621-2110
Facsimile: 925-621-2119

Attorneys for Plaintiff/Counterclaim Defendant
Alacritech, Inc.

Joel M. Freed (Admitted in N.D. Cal.)
Joseph A. Micallef (Admitted in N.D. Cal.)
Ali R. Sharifahmadian (Admitted *pro hac vice*)
ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, D.C. 20004-1206
Telephone: 202-942-5000
Facsimile: 202-942-5999

Attorneys for Defendant/Counterclaimant
Microsoft Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ALACRITECH, INC., | ) | Case No.: C04 03284 JSW |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) | **THIRD JOINT STIPULATION AND REQUEST FOR EXTENSION OF TIME FOR ALACRITECH TO FILE UNDERTAKING**; ORDER |
| v. | ) | |
| MICROSOFT CORPORATION, | ) | The Honorable Jeffrey S. White |
| Defendant/Counterclaimant. | ) | |

On April 12, 2005, the Court entered its Order Granting Preliminary Injunction in the instant case. The Court's Order required that Alacritech file an undertaking in the amount of $1,000,000 pursuant to Federal Rule of Civil Procedure 65(c) "within ten days of the entry of this Order," and provided that the injunction "is effective on Alacritech's filing of the undertaking."

On April 13, 2005, the Court entered the Preliminary Injunction, which is to be "[e]ffective on Alacritech Inc.'s filing of the undertaking described in the order this Court issued on April 12, 2005 granting Alacritech's motion for preliminary injunction . . . ."

On April 26, 2005, the Court granted the parties' Joint Stipulation and Request for an extension of time to May 10, 2005 for Alacritech to file the required undertaking. On May 9, 2005 the Court granted the parties' Second Joint Stipulation and Request for an extension of time to May 24, 2005 for Alacritech to file the required undertaking. The parties requested these extensions because they were in discussions to resolve the instant litigation and believed that it would be beneficial to their efforts if the Court granted their Joint Request.

Alacritech and Microsoft remain in discussions to resolve the instant litigation, and continue to believe that it would be beneficial to their efforts if the Court would grant another joint request to extend the time for Alacritech's filing of the required undertaking to June 8, 2005.

Alacritech has also agreed to grant Microsoft an extension from May 26, 2005 to June 8, 2005 for Microsoft to serve its Patent Local Rule 3-3 and 3-4 preliminary invalidity contentions. Microsoft has agreed to grant Alacritech an extension from May 16, 2005 to June 8, 2005 for Alacritech to serve its answers and objection to Microsoft's first set of document requests and first set of interrogatories on Alacritech. Alacritech and Microsoft believe that these extensions allow the parties to remain focused on the ongoing settlement discussion. The parties wish to bring these agreements to the Court's attention because it may be necessary for them in the future to jointly request that the claim construction tutorial scheduled for September 20, 2005, and the claim construction hearing currently scheduled for September 27, 2005 be rescheduled.

NOW THEREFORE, Alacritech, Inc. and Microsoft Corporation hereby jointly stipulate and request that the Court grant an extension of time for Alacritech to file the required undertaking to June 8, 2005.

SO STIPULATED BY THE PARTIES.

May 23, 2005                                   /s/ Mark A. Lauer

By: _____

Mark A. Lauer (State Bar No. 163756)
Thomas W. Lathram (State Bar No. 59639)
T. Lester Wallace (State Bar No. 159967)
SILICON EDGE LAW GROUP, LLP
6601 Koll Center Parkway, Suite 245
Pleasanton, California 94566
Telephone:   925-621-2110
Facsimile:    925-621-2119

Attorneys for Plaintiff
Alacritech, Inc.


May 23, 2005                                   /s/ Joel M. Freed

By: _____

Joel M. Freed (Admitted in N.D. Cal.)
Joseph A. Micallef (Admitted in N.D. Cal.)
Ali R. Sharifahmadian (Admitted *pro hac vice*)
ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, D.C. 20004-1206
Telephone:   202-942-5000
Facsimile:    202-942-5999


PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: May 23, 2005                            /s/ Jeffery S. White
                                               Jeffrey S. White
                                               United States District Judge