Mark A. Lauer (State Bar No. 163756)
Thomas W. Lathram (State Bar No. 59639)
T. Lester Wallace (State Bar No. 159967)
SILICON EDGE LAW GROUP, LLP
6601 Koll Center Parkway, Suite 245
Pleasanton, California 94566
Telephone:    925-621-2110
Facsimile:    925-621-2119

Attorneys for Plaintiff/Counterclaim Defendant
Alacritech, Inc.

Joel M. Freed (Admitted in N.D. Cal.)
Joseph A. Micallef (Admitted in N.D. Cal.)
Ali R. Sharifahmadian (Admitted *pro hac vice*)
ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, D.C. 20004-1206
Telephone:    202-942-5000
Facsimile:    202-942-5999

Attorneys for Defendant/Counterclaimant
Microsoft Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALACRITECH, INC., <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant/Counterclaimant. | Case No.: C04 03284 JSW <br><br> **FOURTH JOINT STIPULATION AND REQUEST FOR EXTENSION OF TIME FOR ALACRITECH TO FILE UNDERTAKING** <br><br> The Honorable Jeffrey S. White |

On April 12, 2005, the Court entered its Order Granting Preliminary Injunction in the instant case. The Court's Order required that Alacritech file an undertaking in the amount of $1,000,000 pursuant to Federal Rule of Civil Procedure 65(c) "within ten days of the entry of this Order," and provided that the injunction "is effective on Alacritech's filing of the undertaking."

On April 13, 2005, the Court entered the Preliminary Injunction, which is to be "[e]ffective on Alacritech Inc.'s filing of the undertaking described in the order this Court issued on April 12, 2005 granting Alacritech's motion for preliminary injunction . . . ."

On April 26, 2005, the Court granted the parties' Joint Stipulation and Request for an extension of time to May 10, 2005 for Alacritech to file the required undertaking. On May 9, 2005 the Court granted the parties' Second Joint Stipulation and Request for an extension of time to May 24, 2005 for Alacritech to file the required undertaking. On May 23, 2005 the Court granted the parties' Third Joint Stipulation and Request for an extension of time to June 8, 2005 for Alacritech to file the required undertaking. The parties requested these extensions because they were in discussions to resolve the instant litigation and believed that it would be beneficial to their efforts if the Court granted their Joint Request.

Alacritech and Microsoft remain in discussions to resolve the instant litigation, and continue to believe that it would be beneficial to their efforts if the Court would grant another joint request to extend the time for Alacritech's filing of the required undertaking to June 22, 2005.

//
//
//

FOURTH JOINT STIPULATION AND REQUEST 2
FOR EXTENSION OF TIME FOR ALACRITECH TO FILE UNDERTAKING

Case No. C04 03284 JSW

NOW THEREFORE, Alacritech, Inc. and Microsoft Corporation hereby jointly stipulate and request that the Court grant an extension of time for Alacritech to file the required undertaking to June 22, 2005.

SO STIPULATED BY THE PARTIES.

June 7, 2005          /s/ Thomas W. Lathram

By: _____

Mark A. Lauer (State Bar No. 163756)
Thomas W. Lathram (State Bar No. 59639)
T. Lester Wallace (State Bar No. 159967)
SILICON EDGE LAW GROUP, LLP
6601 Koll Center Parkway, Suite 245
Pleasanton, California 94566
Telephone:    925-621-2110
Facsimile:    925-621-2119

Attorneys for Plaintiff
Alacritech, Inc.

June 7, 2005          /s/ Joel M. Freed

By: _____

Joel M. Freed (Admitted in N.D. Cal.)
Joseph A. Micallef (Admitted in N.D. Cal.)
Ali R. Sharifahmadian (Admitted *pro hac vice*)
ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, D.C. 20004-1206
Telephone:    202-942-5000
Facsimile:    202-942-5999

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 7, 2005          /s/ Jeffrey S. White
Jeffrey S. White
United States District Judge

FOURTH JOINT STIPULATION AND REQUEST    3          Case No. C04 03284 JSW
FOR EXTENSION OF TIME FOR ALACRITECH TO FILE UNDERTAKING