Mark A. Lauer (State Bar No. 163756)
Thomas W. Lathram (State Bar No. 59639)
T. Lester Wallace (State Bar No. 159967)
SILICON EDGE LAW GROUP, LLP
6601 Koll Center Parkway, Suite 245
Pleasanton, California 94566
Telephone:    925-621-2110
Facsimile:    925-621-2119

Attorneys for Plaintiff/Counterclaim Defendant
Alacritech, Inc.

Joel M. Freed (Admitted in N.D. Cal.)
Joseph A. Micallef (Admitted in N.D. Cal.)
Ali R. Sharifahmadian (Admitted *pro hac vice*)
ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, D.C. 20004-1206
Telephone:    202-942-5000
Facsimile:    202-942-5999

Attorneys for Defendant/Counterclaimant
Microsoft Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALACRITECH, INC., | Case No.: C04 03284 JSW |
| Plaintiff/Counterclaim Defendant, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| MICROSOFT CORPORATION, | The Honorable Jeffrey S. White |
| Defendant/Counterclaimant. | |

STIPULATION OF DISMISSAL
WITH PREJUDICE

Case No. C04 03284 JSW

Plaintiff/Counterclaim Defendant Alacritech, Inc. (Alacritech) and Defendant/Counterclaimant Microsoft Corporation (Microsoft) having entered into a confidential Settlement Agreement and a confidential License Agreement, hereby jointly Stipulate and seek an Order that:

1. All claims asserted in this action by Alacritech against Microsoft, and all counterclaims asserted by Microsoft against Alacritech, are hereby dismissed with prejudice.

2. Each party shall bear its own costs, expenses and attorneys' fees.

SO STIPULATED BY THE PARTIES.

June 29, 2005     By:     /s/ Mark A. Lauer_____
                          Mark A. Lauer (State Bar No. 163756)
                          Thomas W. Lathram (State Bar No. 59639)
                          T. Lester Wallace (State Bar No. 159967)
                          SILICON EDGE LAW GROUP, LLP
                          6601 Koll Center Parkway, Suite 245
                          Pleasanton, California 94566
                          Telephone:   925-621-2110
                          Facsimile:   925-621-2119
                          Attorneys for Plaintiff/Counterclaim Defendant
                          Alacritech, Inc.

June 29, 2005     By:     /s/ Joel M. Freed _____
                          Joel M. Freed (Admitted in N.D. Cal.)
                          Joseph A. Micallef (Admitted in N.D. Cal.)
                          Ali R. Sharifahmadian (Admitted *pro hac vice*)
                          ARNOLD & PORTER LLP
                          555 12th Street, N.W.
                          Washington, D.C. 20004-1206
                          Telephone:   202-942-5000
                          Facsimile:   202-942-5999
                          Attorneys for Defendant/Counterclaimant
                          Microsoft Corporation

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 1, 2005          /s/ Jeffrey S. White_____
                             Jeffrey S. White
                             United States District Judge